HANCOCK v. McGEE

No. 437P95

Case below: 120 N.C.App. 200

Notice of appeal by plaintiff (substantial constitutional question) dismissed 7 December 1995. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 December 1995.

HARDIN v. DON LOVE, INC.

No. 453P95

Case below: 120 N.C.App. 407

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 December 1995.

JONES v. KEARNS

No. 466P95

Case below: 120 N.C.App. 301

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 December 1995.

LAWING v. McDOWELL COUNTY SCHOOL BD.

No. 346P95

Case below: 119 N.C.App. 604

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 7 December 1995.

LYLES v. CITY OF CHARLOTTE

No. 439PA95

Case below: 120 N.C.App. 96

Petition by defendant (City of Charlotte) for discretionary review pursuant to G.S. 7A-31 allowed 7 December 1995.